IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS LELAND FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Second Motion for Discovery Pursuant to Federal Rules of Civil Procedure, Rule 34 (Docket No. 31) is denied as premature. The docket reflects that the two defendants were served on October 7, 2011, and thus their answers are not due until December 6, 2011.  (See Docket Nos. 28 and 29).  No appearance of counsel has yet been entered for either defendant.

Date: November 4, 2011