IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

## MINUTE ORDER

Entered by Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's two Motions for Leave to Amend the Records (Docket Nos. 44 and 45) are denied for the reasons stated in the defendants' Response (Docket No. 52).  Plaintiff shall not continue to file documents with the court unless he is directed to do so by the court or unless they are an exhibit to a motion.  The court cannot act as a repository for the plaintiff's documents.  It is further

ORDERED that the Plaintiff's Revised Motion for Discovery Pursuant to Federal Rules of Civil Procedure Rule 34 (Docket No. 36) is denied without prejudice for the reasons stated in the defendants' Response (Docket No. 51).

Date: January 3, 2012