IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Woolston and Liken's Motion for Protective Order (docket no. 57) is GRANTED for the following reasons.

Defendants Woolston and Liken have established "good cause" for a protective order. A party seeking a protective order must show that a "clearly defined and serious injury" will result to the moving party in the absence of such protective order. Exum v. United States Olympic Committee, 209 F.R.D. 201, 206 (D. Colo. 202); see also Charles A. Wright & Arthur Miller, Fed. Practice and Pro (Civ) § 2035 n.32 ("The courts have insisted on a particular and specific demonstration of fact, as distinguished from stereotyped and conclusory statements, in or to establish good cause.").  Here, Defendants Woolston and Liken have shown that they will suffer a "clearly defined and serious injury" in the absence of a protective order and therefore have meet the requirements of Fed. R. Civ. P. 26(c).  See paragraph 2 in the subject motion (docket no. 57).

It is FURTHER ORDERED that the written Protective Order (docket no. 57-1) is APPROVED and made an Order of Court.

Date: January 26, 2012