IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS LELAND FREEMAN,

    Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

    Defendants.

---

### ORDER ( Docket no: 70 )

---

This matter comes before the Court on Defendants' Motion for Order Permitting Deposition of Federal Bureau of Prisons Inmate Freeman. (Doc. 70.)

Sufficient cause appearing, IT IS HEREBY ORDERED THAT the motion is GRANTED. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants are permitted to depose Plaintiff Marcus L. Freeman in the Bureau of Prisons.

Dated this 31st day of ~~February~~ January, 2012.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO