IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's Motion to Address the Court Pursuant to the Federal Rules of Civil Procedure, Rules of Discovery 34, Depositions 30(d)(1), and Interrogatories 28, 30, and 32 (Docket No. 77) is granted to the extent that the plaintiff may make an inquiry concerning these matters at the Status Conference set for April 2, 2012, at 9:00 a.m.

Date: February 9, 2012