IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Notice and Request for Continuance of the Proceeding (Docket No. 80) is denied as moot.

It is further ORDERED that the plaintiff's letter regarding retaliation and denial of legal property and documents (Docket No. 83) is granted in part and denied in part. The letter motion is granted to the extent that the Clerk of Court shall send the plaintiff a copy of Docket Nos. 3 (Order Granting 28 U.S.C. § 1915 Motion Without Payment of Initial Partial Filing Fee) and 61 (Courtroom Minutes/Minute Order in which a Status Conference is set for April 2, 2012, at 9:00 a.m.).  **In addition, the Clerk of Court shall send a copy of this Minute Order and a copy of Docket No. 61 to the plaintiff's case manager at USP Lewisburg so that such case manager can initiate plaintiff's telephone to the court for the Status Conference on April 2, 2012, at 9:00 a.m. Mountain Time.**  In all other respects, plaintiff's letter motion is denied.  As indicated in Docket No. 3, it is the plaintiff's responsibility to make the necessary arrangements to make his monthly payments toward the filing fee for this action.  In addition, the court will not direct non-party USP Lewisburg to provide plaintiff with extra materials or law library time due to this action.

It is further ORDERED that if plaintiff seeks relief from this court, he shall do so in the form of a motion, not a letter, with a copy sent to defense counsel.

Date: March 12, 2012