IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motions for Order (docket nos. 88 and 89) are both GRANTED finding no objection by Defendants.  In Defendants' Response to Docket Nos. 88 and 89 (docket no. 91), the Defendants state, *in pertinent part*, "[A]lthough Plaintiff has not served this subpoena on the BOP as required by Fed. R. Civ. P. 45(b)(1), undersigned counsel can represent to the Court that on March 29, 2012, she provided a copy of Docket 89 (the subpoena), to counsel for the BOP, who have agreed to waive service."

Date: April 3, 2012