IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Plaintiff's Motion to Request More Interrogatories Pursuant to Rule 33 of the Federal Rules of Civil Procedure as to the Defendants (Docket No. 96) is granted in part.  The Scheduling Order entered on January 24, 2012 (Docket No. 64), limited each party (not each claim as suggested by plaintiff) to 25 interrogatories, including subparts.  See Docket No. 64 at 7.  Plaintiff, however, shall be permitted to serve a total of ten (10) additional interrogatories, including subparts.

Date: May 8, 2012