IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Make Inquiry Into Order (Docket No. 75) by the Court as to the Status of Appointment of Counsel (Docket No. 109) is denied.

This court previously advised plaintiff "that the granting of his request for appointed counsel does not necessarily mean an attorney will appear on his behalf in this case. . . .  This Order [granting plaintiff's motion for appointment of counsel] merely gives the attorneys on the *pro bono* panel notice that this case might be appropriate for *pro bono* representation and gives them an opportunity to volunteer their time to assist the plaintiff. . . . [T]his Order does not guarantee that a *pro bono* attorney will ultimately appear for the plaintiff . . . ."  (Docket No. 75 at 2).  Plaintiff's case has been placed on the list of civil actions eligible for *pro bono* counsel.  If an attorney is interested in the possibility of representing plaintiff, plaintiff will be contacted by such attorney.  There is thus no need for the court to ask the Clerk of Court about the status of plaintiff's appointment and/or the good faith effort being made by the Clerk of Court.

Date: June 25, 2012

