IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion for Extension of Time to Respond to Defendants Motion for Summary Judgment (Doc. 129) Pursuant to Federal Rules of Civil Procedure, Rule 56(c) (Docket No. 137) is granted.  It is thus further

ORDERED that plaintiff shall have up to and including September 27, 2012, to file a response to the Defendants' Motion for Summary Judgment (Docket No. 129).  It is further

ORDERED that the defendants shall have up to and including September 27, 2012, to file a response to the Plaintiff's Dispositive Motion (Docket No. 135).

It is further ORDERED that the Plaintiff's Motion to Request and Order Entered Concerning Material Restricted from Plaintiffs Possession by Order (Doc. 69) Sent to the United States District Court (Docket No. 138) is denied.  Defense counsel has represented to the court that she is in the process of properly authenticating the video footage and providing it to the court.  (See Docket No. 140 at 2).  Therefore, the court order requested by the plaintiff is unnecessary.

Date: August 15, 2012