IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Expedited Motion to Strike, Without Prejudice, "Plaintiff's Dispositive Motion" (Doc. 135)  (Docket No. 144.) is granted.  "Plaintiff's Dispositive Motion" (Docket No. 135) is stricken from the record.  Plaintiff shall have up to September 13, 2012, to file a new motion for summary judgment.  The new motion for summary judgment filed by plaintiff shall include a separate section of numbered facts titled "Statement of Undisputed Material Facts."  The page limit for plaintiff's new motion for summary judgment shall be thirty (30) pages.  Defendants shall have up to September 27, 2012, to respond to plaintiff's motion for summary judgment.

Date: August 17, 2012