IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendants' Motion to Vacate Final Pretrial Conference (Docket No. 153) is granted, finding good cause shown.  Therefore, the Final Pretrial Conference set for October 4, 2012, at 9:00 a.m. is vacated.

Date: September 11, 2012