**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01756-DME-MJW

MARCUS LELAND FREEMAN,

    Plaintiff,

v.

WOOLSTON, Vocational Instructor; and LIKEN, Education Department,

    Defendants.

---

**ORDER**

---

This matter is before the Court on Plaintiff Freeman's motions seeking an extension of time to file his reply in support of his summary judgment motion (Doc. 173), and his motion seeking to extend the page limits for that reply (Doc. 172). Those motions are GRANTED. Plaintiff shall have an additional fifteen days to file his reply, and that reply may be no more than fifteen pages in length.

Dated this   9th   day of   October  , 2012.

                      BY THE COURT:

                      *s/ David M. Ebel*

                      U. S. CIRCUIT COURT JUDGE