IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKEN, Education Department,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Motion to Show Cause Pursuant to 28 USC § 1915 (Docket No. 183) is granted.  Plaintiff need not make a filing fee payment for the month of December 2012.

Date: December 13, 2012