IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKENS, Education Department,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion to Correct Case Caption (Docket No. 203) is granted. The caption in this case shall thus be amended to reflect the correct spelling of defendant Robert Likens' name as "Likens" rather than "Liken."

Date: April 4, 2013