IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKENS, Education Department,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se Plaintiff's Motion to Request Restricted Access to Video Footage Lefted [sic] (Docket No. 213), in which plaintiff asks the court to "release the restriction placed on" certain prison video footage that has been subject to a Protective Order (Docket No. 69) and "allow the jury access to review these records," is granted as follows.  As represented by defense counsel, the Bureau of Prisons will coordinate with the court to enable the videos to be shown at trial if necessary.

Date: April 29, 2013