IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKENS, Education Department,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the pro se Plaintiff's Motion to Request Action Pursuant to 28 USC § 636(e) (Docket No. 215) is denied without prejudice.  The Bureau of Prisons has represented in its response (Docket No. 222) that it is in the process of collecting the additional responsive files and will produce the July 6, 2010, investigation files, along with a privilege log, by June 7.

Date: May 1, 2013