IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKENS, Education Department,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendants' Unopposed Motion for Settlement Conference (Docket No. 235) is granted. A Settlement Conference shall be held before Magistrate Judge Watanabe on August 20, 2013, at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294. Plaintiff shall participate by telephone. His case manager or other BOP staff shall place the call to (303) 844-2403. Any BOP officials who need to be consulted by defense counsel during this conference shall be available by telephone and shall provide defense counsel with the telephone number where they can be reached during this conference. It is further

    ORDERED that in order that productive settlement discussions can be held, Confidential Settlement Statements shall be submitted to the court on or before August 13, 2013. Such Statements shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which supports that side's claims, shall present a demand or offer, and shall contain any confidential comments which counsel or the pro se party wishes to make, as well as any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the Magistrate Judge in assisting the parties to negotiate a settlement. The pro se plaintiff shall submit his Confidential Settlement to the Clerk's Office, marked "Personal and Confidential." Defense counsel shall submit the Confidential Settlement Statement to Watanabe_Chambers@cod.uscourts.gov with "confidential settlement statement - short case title and case number" (e.g., confidential settlement statement - Jones v. Smith, 05-CV-00000-XXX-MJW) in the subject line.

Date: June 18, 2013