IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKENS, Education Department,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Reopen Discovery for a Limited Purpose (Docket No. 251) is granted, finding good cause shown. Discovery is reopened for the limited purpose of deposing the four witnesses defendants identified as persons they will call to testify at trial (defendant Woolston, defendant Likens, Lieutenant Kenneth Lincoln, and Dr. David Allred) and a further deposition of the plaintiff (limited to three hours).

Date: August 5, 2013