IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKENS, Education Department,

Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO VACATE AND RESET FINAL TRIAL PREPARATION CONFERENCE**

The Court, having reviewed Plaintiff's Unopposed Motion to Vacate and Reset Final Trial Preparation Conference, and being fully advised on the premises, hereby

GRANTS the motion. The Final Trial Preparation Conference is reset to August 22, 2013, at 10:00 a.m.

Dated: August 5, 2013

                                            *s/ David M. Ebel*
                                            Judge David M. Ebel