IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKENS, Education Department,

Defendants.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO MODIFY THE FINAL PRETRIAL ORDER [Docket no. 253]

---

The Court, having reviewed Plaintiff's Unopposed Motion for Leave to Modify the Final Pretrial Order, hereby GRANTS the motion. The Clerk of Court is directed to file the Final Pretrial Order attached as Exhibit A to Plaintiff's Motion. [Docket no. 253-1]

Dated: August 6, 2013

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO