IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKENS, Education Department,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Vacate Settlement Conference (Docket No. 261) is granted, and the Settlement Conference set on August 22, 2013, at 3:00 p.m. is VACATED.  The Motion Hearing remains set on that date and time.

Date: August 15, 2013