IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS LELAND FREEMAN,

    Plaintiff,

v.

WOOLSTON, Vocational Instructor, and
LIKENS, Education Department,

    Defendants.

---

**ORDER**

---

    This matter comes before the Court on the Joint Motion to Vacate Final Trial Preparation Conference. (Doc. 265.)

    Sufficient cause appearing, IT IS HEREBY ORDERED THAT the motion is GRANTED. The Final Trial Preparation Conference set for August 22, 2013, at 10:00 a.m. is VACATED. The trial currently set in this matter to commence October 7, 2013, is also VACATED.

    The parties are jointly ordered to submit either a joint status report or a stipulated motion to dismiss this action by no later than close of business September 13, 2013.

    Dated this  20th  day of August, 2013.

                                     BY THE COURT:

                                     *s/ David M. Ebel*

                                     David M. Ebel
                                     U. S. Circuit Court Judge
                                     District of Colorado