IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01756-DME-MJW

MARCUS L. FREEMAN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend the Complaint (Docket No. 271) is granted, and the tendered Second Amended Prisoner Complaint (Docket No. 271-1) is accepted for filing as of the date of this Minute Order.  It is thus further

     ORDERED that the caption of this case is amended to substitute the United States of America as the sole named defendant in this case as set forth in the caption above.

Date: October 8, 2013