**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01756-DME-MJW

MARCUS LELAND FREEMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**AMENDED ORDER**

---

This matter comes before the Court on Plaintiff's Motion to Enforce Settlement Agreement (Doc. 277). Defendant is ordered to file with this Court a response to that motion on or before Tuesday, January 21, 2014. That response should address, among other things, whether this Court has jurisdiction to consider Plaintiff's motion.

Dated this __14th__ day of _____January_____, 2014.

BY THE COURT:

*s/ David M. Ebel*
_____
U. S. CIRCUIT COURT JUDGE